# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0070. PRITCHARD v. DISCOVER BANK.

It appearing that appellant, pro se, did not file an enumeration of error and brief as required by the Rules of the Court of Appeals;

It also further appearing that appellant was directed by order of this Court dated November 3, 2015, to file an enumeration of error and brief no later than November 13, 2015, or the appeal would be subject to dismissal unless good and sufficient cause for the failure to file was timely communicated to this Court;

It also further appearing that appellant did not comply with this order;

Therefore, it is hereby ordered that this appeal is DISMISSED pursuant to Court of Appeals Rules 13, 22 (a) and 23 (a). See *Whittle v. State*, 210 Ga. App. 841, 842 (437 SE2d 842) (1993).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/10/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*